AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**APPEARANCE**

Case Number: 08mj1550

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JORGE ALBERTO VILLALOBOS-BAHENA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/22/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD      228083 |
| | Print Name                                       Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City            State            Zip Code |
| | (619) 234-8467            (619) 687-2666 |
| | Phone Number            Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08mj1550 |
| ) | |
| v. ) | |
| ) | |
| JORGE ALBERTO VILLALOBOS-BAHENA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  May 22, 2008
                        /s/ John C. Ellis, Jr.
                        JOHN C. ELLIS, JR.
                        Federal Defenders
                        225 Broadway, Suite 900
                        San Diego, CA 92101-5030
                        (619) 234-8467  (tel)
                        (619) 687-2666  (fax)
                        john_ellis@fd.org