FILED

JUN 1 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR 1955 DMS |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C., Sec. 1325 - |
| JORGE ALBERTO VILLALOBOS-BAHENA, | ) Illegal Entry (Misdemeanor); |
| | ) Title 8, U.S.C., Sec. 1325 - |
| Defendant. | ) Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 5/15/08, within the Southern District of California, defendant JORGE ALBERTO VILLALOBOS-BAHENA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

CEM:jam:San Diego
6/5/08

Count 2

On or about May 16, 2008, within the Southern District of California, defendant JORGE ALBERTO VILLALOBOS-BAHENA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 12, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney