

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JORGE ALBERTO VILLALOBOS-BAHENA | CASE NUMBER: 08CR1955-DMS |

    I, JORGE ALBERTO VILLALOBOS-BAHENA, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/12/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                          _____
                                          Defendant

                                          _____
                                          Counsel for Defendant

Before _____
            Judicial Officer

FILED
JUN 12 2008